Electronically Filed
Intermediate Court of Appeals
29836
27-SEP-2013
10:46 AM

NO. 29836

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


REDEMPTION BIBLE COLLEGE; HIS HIGHEST PRAISE
PENTECOSTAL HOLINESS CHURCHES, INC., a dissolved Hawai'i
non-profit corporation; and PHILLIP ELLSWORTH, PAMELA YUEN
and CHRISTOPHER YUEN, in their capacities as Trustees,
Plaintiffs-Appellants,
vs.
THE INTERNATIONAL PENTECOSTAL HOLINESS CHURCH,
an Oklahoma Corporation; and RONALD W. CARPENTER, SR.,
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE LIMITED LIABILITY PARTNERSHIPS 1-10;
DOE LIMITED LIABILITY COMPANIES; and DOE UNINCORPORATED ENTITIES
1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-0825)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on
July 23, 2013, is hereby corrected as follows:

    1.  On page 3, in third line above Section "C.", the
word "was" should be replaced with "were" so that as corrected,
the text reads: ". . . payment date for the agreement of sale and
the lease term were extended several times . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

2.     On page 7, in the twelfth line, the word "of" should be inserted between the words "favor" and "Defendants" so that as corrected, the text reads: ". . . in favor of Defendants."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 27, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2